IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTANEE MIKAEL MORGAN, | No. C 19-1071 WHA (PR) |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| W.Z. JENKINS, II, | |
| Respondent. | |

Petitioner, a federal prisoner, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner claims that respondents violated her right to due process by failing to remove a detainer filed by San Luis Obispo County officials and by denying her approximately 90 of credits for time she served in county jail prior to being sentenced in federal court. These assertions are sufficient to require a response.

1. The Clerk shall serve electronically a copy of this Order and the petition and all attachments thereto upon the respondent's attorney, the United States Attorney for the Northern District of California, at the following email address: Sara.Winslow@usdoj.gov.[1] The Clerk shall serve by mail a copy of this Order on petitioner.

2. Respondent shall file with the court and serve on petitioner, within **sixty-three (63) days** of the date this order is filed, an answer showing cause why a writ of habeas corpus should not be granted based on the claim found cognizable herein. Respondent shall file with the answer and serve on petitioner a copy of all records that are relevant to a determination of the issues presented by the petition.

---

[1] Due to a clerical error, the prior Order to Show Cause was not served upon respondent or his attorney.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within **twenty-eight days** of the date the answer is filed.

3. Petitioner is reminded that all communications with the court must be served on respondent by mailing a true copy of the document to respondent's counsel. Petitioner must keep the court informed of any change of address and must comply with the court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: May ___1___, 2020.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2