IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINEE MICKAEL MORGAN, | No. C 19-1071 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| W.Z. JENKINS, II, | |
| Respondent. | |

This is a habeas petition filed by a federal prisoner proceeding pro se. On May 26, 2020, the postal service returned the Order to Show Cause as undeliverable at the address plaintiff provided. Plaintiff has not notified the clerk of an address where she can receive mail. Pursuant to Local Rule 3-11(b) — requiring parties to keep the court informed of their current mailing address and stating that the failure to do so within sixty days of the return of mail as undeliverable will result in dismissal of their case without prejudice — this case is **DISMISSED** without prejudice. *See also* Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: August   11  , 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE